UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and L'ORÉAL USA S/D, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PRIME BUYERS CLUB LLC, a New York limited liability company; TZVI HESCHEL, a/k/a TZVI BALSAM, an individual; SIMCHA BUNIM HESCHEL, an individual; PHOTO, ELECTRONICS AND MORE INC., a New York corporation; CHAYA FRADEL MANDELL, a/k/a CHAYA FRADEL EINHORN and CHAYA BALSAM, an individual; LALI SARA DATS, an individual; ZEVETY CASH GOALS INC., a New York corporation; ZEV FRIEDMAN, an individual; and DOES 1-10,<br><br>　　　　　　　Defendants. | No.<br><br>**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |

## I.    INTRODUCTION

1.    This case involves Defendants' unlawful and expressly prohibited sale of counterfeit CeraVe-branded skincare products bearing trademarks owned by L'Oréal USA S/D, Inc. ("L'Oréal"). Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") and L'Oréal (together with Amazon, "Plaintiffs") jointly bring this lawsuit to permanently

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

prevent and enjoin Defendants from causing future harm to Amazon's and L'Oréal's customers, reputations, and intellectual property ("IP"), and to hold Defendants accountable for their illegal actions.

2.      Amazon.com Services LLC owns and operates the Amazon.com store (the "Amazon Store"), and Amazon's affiliates own and operate equivalent counterpart international stores and websites. Collectively, Amazon's stores offer products and services to customers in more than 100 countries around the globe. Some of the products are sold directly by Amazon entities, while others are sold by Amazon's numerous third-party selling partners. The Amazon brand is one of the most well-recognized, valuable, and trusted brands in the world. To protect its customers and safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and infringing goods from being sold in its stores. In 2024, Amazon invested more than a billion dollars and employed thousands of people—including machine learning scientists, software developers, and expert investigators—who were dedicated to protecting customers, brands, selling partners, and Amazon's stores from counterfeits, fraud, and other forms of abuses.

3.      L'Oréal, through its parent group and subsidiaries, is one of the world's leading beauty companies and is the owner of CeraVe, a dermatologist-developed skincare brand widely recommended and trusted by consumers. Since its launch in 2005, CeraVe has become one of the top-selling skincare brands in the United States, known for its science-backed formulas featuring essential ceramides to restore the skin barrier. L'Oréal has invested heavily in building CeraVe's reputation for clinical efficacy, accessibility, and brand integrity, earning significant goodwill and consumer loyalty across the skincare market.

4.      L'Oréal owns, manages, enforces, licenses, and maintains IP, including various trademarks. Relevant to this Complaint, L'Oréal owns the following registered trademarks (the "L'Oréal Trademarks"):

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 2

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| CERAVE | 3,234,519 (IC 3) |
|  | 7,316,154 (IC 3) |
| MVE | 3,612,848 (IC 3 and 5) |

True and correct copies of the registration certificates for the L'Oréal Trademarks are attached as **Exhibit A**.

5.      At various times prior to 2024, Defendants advertised, marketed, offered, distributed, and sold counterfeit CeraVe-branded products in the Amazon Store, using the L'Oréal Trademarks without authorization in order to deceive customers about the authenticity and origin of the products and the products' affiliation with L'Oréal.

6.      As a result of their illegal actions, Defendants have infringed and misused the L'Oréal Trademarks; breached their contracts with Amazon; willfully deceived and harmed Amazon, L'Oréal, and their customers; compromised the integrity of the Amazon Store; and undermined the trust that customers place in Amazon and L'Oréal. Defendants' illegal actions have caused Amazon and L'Oréal to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, L'Oréal, and their customers.

## II.      PARTIES

7.      Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Services LLC is a Delaware limited liability company with its principal place of business in Seattle, Washington.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 3

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

8. L'Oréal is a Delaware corporation with its principal place of business in New York, New York.

9. Defendants are a collection of individuals and entities, both known and unknown, who conspired and operated in concert with each other to engage in the counterfeiting scheme alleged in this Complaint. Defendants operated, controlled, and/or were responsible for the selling accounts detailed in **Attachment 1**, attached hereto (the "Selling Accounts"). Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, *respondeat superior*, vicarious liability, and/or contributory infringement.

10. On information and belief, Defendant Prime Buyers Club LLC ("Prime Buyers") is a New York limited liability company. Prime Buyers participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and it derived a direct financial benefit as a result of that wrongful conduct. Prime Buyers controlled the Ace Plaza Selling Account. On further information and belief, Prime Buyers acted in concert with other individuals and/or entities who operated the Selling Accounts.

11. On information and belief, Defendant Tzvi Heschel, a/k/a Tzvi Balsam ("T. Heschel") is a citizen of New York and resides in Brooklyn, New York. T. Heschel personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and he derived a direct financial benefit as a result of that wrongful conduct. On information and belief, Defendant T. Heschel owns and operates Prime Buyers, and he controlled the Ace Plaza Selling Account and the Thee Mall Selling Account. On further information and belief, Defendant T. Heschel acted in concert with other individuals and/or entities who operated the Selling Accounts.

12. On information and belief, Defendant Simcha Bunim Heschel ("S. Heschel") is a citizen of New York and resides in Brooklyn, New York. S. Heschel personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and he derived a direct financial benefit as a result of that wrongful conduct. On

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 4

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

information and belief, Defendant S. Heschel also controlled the Ace Plaza Selling Account. On further information and belief, Defendant S. Heschel acted in concert with other individuals and/or entities who operated the Selling Accounts.

13.     On information and belief, Defendant Photo, Electronics and More Inc. ("PEM") is a New York corporation. PEM participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and it derived a direct financial benefit as a result of that wrongful conduct. PEM controlled the Thee Mall Selling Account. On further information and belief, PEM acted in concert with other individuals and/or entities who operated the Selling Accounts.

14.     On information and belief, Defendant Chaya F. Mandell, a/k/a Chaya F. Einhorn and Chaya Balsam ("Mandell") is a citizen of New York and resides in Brooklyn, New York. Mandell personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and she derived a direct financial benefit as a result of that wrongful conduct. On further information and belief, Defendant Mandell owns and operates PEM and controlled the Thee Mall Selling Account. On further information and belief, Defendant Mandell acted in concert with other individuals and/or entities who operated the Selling Accounts.

15.     On information and belief, Defendant Zevety Cash Goals Inc. ("Zevety") is a New York corporation. Zevety participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and it derived a direct financial benefit as a result of that wrongful conduct. Zevety controlled the Avon Pharmacy Selling Account. On further information and belief, Zevety acted in concert with other individuals and/or entities who operated the Selling Accounts.

16.     On information and belief, Defendant Zev Friedman ("Friedman") is a citizen of New York and resides in Brooklyn, New York. Friedman personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint and derived a direct financial benefit as a result of that wrongful conduct. On

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   information and belief, Defendant Friedman owns and operated Zevety and controlled the Avon

2   Pharmacy Selling Account. On further information and belief, Defendant Friedman acted in

3   concert with other individuals and/or entities who operated the Selling Accounts.

4        17.    On information and belief, Defendants Does 1-10 (the "Doe Defendants") are

5   individuals and/or entities working in active concert with each other and the named Defendants

6   to knowingly and willfully manufacture, import, advertise, market, offer, distribute, and sell

7   counterfeit CeraVe-branded products. The identities of the Doe Defendants are presently

8   unknown to Plaintiffs.

### III.    JURISDICTION AND VENUE

10       18.    The Court has subject matter jurisdiction over L'Oréal's Lanham Act claim for

11  trademark counterfeiting and trademark infringement, and Amazon's and L'Oréal's Lanham Act

12  claims for false designation of origin, pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and

13  1338(a). The Court has subject matter jurisdiction over Amazon's breach of contract claim and

14  Amazon's and L'Oréal's claims for violation of the Washington Consumer Protection Act,

15  pursuant to 28 U.S.C. § 1367.

16       19.    The Court has personal jurisdiction over Defendants because they transacted

17  business and committed tortious acts within and directed to the State of Washington, and

18  Amazon's and L'Oréal's claims arise from those activities. Defendants affirmatively undertook

19  to do business with Amazon, a corporation with its principal place of business in Washington,

20  and sold in the Amazon Store products bearing counterfeit versions of the L'Oréal Trademarks

21  and which otherwise infringed L'Oréal's IP. Additionally, Defendants shipped products bearing

22  counterfeit versions of the L'Oréal Trademarks to consumers in Washington. Each Defendant

23  committed, or facilitated the commission of, tortious acts in Washington and has wrongfully

24  caused Amazon and L'Oréal substantial injury in Washington.

25       20.    Further, Defendants have consented to the jurisdiction of this Court by agreeing to

26  the Amazon Services Business Solutions Agreement ("BSA"), which provides that the

27  "Governing Courts" for claims to enjoin infringement or misuse of IP rights and claims related to

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 6

the sale of counterfeit products in the Amazon Store are the state or federal courts located in King County, Washington.

21.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of Washington. Venue is also proper in this Court because Defendants consented to it under the BSA.

22.    Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## IV.    FACTS

### A.    Amazon's Efforts to Prevent the Sale of Counterfeit Goods.

23.    Amazon works hard to build and protect the reputation of its stores as places where customers can conveniently select from a wide array of authentic goods and services at competitive prices. Amazon invests vast resources to ensure that when customers make purchases in Amazon's stores—either directly from Amazon entities or from one of its millions of third-party sellers—customers receive authentic products made by the true manufacturer of those products.

24.    A small number of bad actors seek to take advantage of the trust customers place in Amazon by attempting to create Amazon selling accounts to advertise, market, offer, distribute, and sell counterfeit products. These bad actors seek to misuse and infringe the trademarks and other IP of the true manufacturers of those products to deceive Amazon and its customers. This unlawful and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable harm to Amazon.

25.    Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of its customers and working with brands, manufacturers, rights owners, and others to improve the detection and prevention of counterfeit products from ever being

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 7

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

offered to customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent counterfeits from being offered in Amazon's stores. Amazon's systems automatically and continuously scan thousands of data points to prevent, detect, and remove counterfeits from its stores and to terminate the selling accounts of bad actors before they can offer counterfeit products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also uses this intelligence to improve its proactive prevention controls. In 2024, Amazon's proactive controls blocked more than 99% of suspected infringing listings before a brand ever had to find and report them.

26.    In 2017, Amazon launched Brand Registry, a free service that offers rights owners an enhanced suite of tools for monitoring and reporting potential instances of infringement, regardless of their relationship with Amazon. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for, identify, and report potentially infringing products using state-of-the-art image search technology.

27.    In 2018, Amazon launched Transparency, a product serialization service that effectively eliminates counterfeits for enrolled products. Brands enrolled in Transparency can apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers, law enforcement, and customers to determine the authenticity of any Transparency-enabled product, regardless of where the product was purchased. More than 2.5 billion product units have been verified as genuine through Amazon's Transparency program.

28.    In 2019, Amazon launched Project Zero, a program to empower brands to help Amazon drive counterfeits to zero. Project Zero introduced a novel self-service counterfeit removal tool that enables brands to remove counterfeit listings directly from Amazon's stores. This enables brands to take down counterfeit product offerings on their own within minutes. Since launch, more than 35,000 brands have enrolled in Project Zero.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 8

29.     Amazon uses advanced technology and expert human reviewers to verify the identities of potential sellers. When prospective sellers apply to sell in Amazon's stores, they are required to provide a form of government-issued photo ID, along with other information about their business. Amazon employs advanced identity detection methods such as document forgery detection, image and video verification, and other technologies to quickly confirm the authenticity of government-issued IDs and whether such IDs match the individual applying to sell in Amazon's stores. In addition to verifying IDs, Amazon's systems analyze numerous data points, including behavior signals and connections to previously detected bad actors, to detect and prevent risks.

30.     Similarly, throughout the selling experience in Amazon's stores, Amazon's systems monitor selling accounts to identify anomalies or changes in account information, behaviors, and other risk signals. In the event that Amazon identifies a risk of fraud or abuse, it promptly initiates an investigation using automated and/or human review, may request additional information, and swiftly removes bad actors from its stores.

31.     In addition to the measures discussed above, Amazon actively cooperates with rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in illegal activity. Lawsuits, like this one, as well as criminal referrals, are integral components of Amazon's efforts to combat counterfeits and other inauthentic products. Since its launch in 2020, Amazon's Counterfeit Crimes Unit has pursued more than 24,000 bad actors through litigation and criminal referrals to law enforcement.

**B.     L'Oréal and Its Anti-Counterfeiting Efforts.**

32.     L'Oréal USA employs a global, multi-tiered strategy to combat counterfeiting and safeguard consumers. L'Oreal issues takedown notices, works with law enforcement, and pursues legal actions and product seizures worldwide. L'Oréal also integrates anti-counterfeiting and authentication features into its packaging. L'Oreal has a Consumer Care Center available to the public for product specific inquiries. These coordinated actions reflect L'Oréal's strong

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 9

commitment to protecting its IP and ensuring the safety and trust of consumers across all

markets.

33.    L'Oréal is currently enrolled in Brand Registry and Project Zero and actively uses

the tools and protections provided by these programs in its anti-counterfeiting efforts.

**C.    Defendants Created Amazon Selling Accounts, Agreed Not to Sell Counterfeit Goods, Agreed to Provide Accurate Information to Amazon, and Agreed to Reimburse Amazon for Damages Arising from Customer Refunds.**

34.    Prior to 2024, Defendants established, controlled, and operated the three Selling

Accounts detailed in Attachment 1. Defendants used these Selling Accounts to advertise, market,

offer, distribute, and sell counterfeit CeraVe-branded products. In connection with these Selling

Accounts, Defendants provided Amazon with names, email addresses, phone numbers, tax

identification numbers, bank information, and either government-issued identification for an

individual acting on behalf of each Selling Account or a copy of a government-issued record or

tax document for the entity operating each Selling Account.

35.    To become a third-party seller in the Amazon Store, an applicant is required to

agree to the BSA, which governs the seller's access to and use of Amazon's services and states

Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents

and warrants that it "will comply with all applicable Laws in [the] performance of its obligations

and exercise of its rights" under the BSA. A true and correct copy of the applicable version of

the BSA, namely, the version Defendants last agreed to when using Amazon's services, is

attached as **Exhibit B**.

36.    Under the terms of the BSA, Amazon specifically identifies the sale of counterfeit

goods as "deceptive, fraudulent, or illegal activity" that violates Amazon's policies, and Amazon

reserves the right to withhold payments and terminate the selling account of any bad actor who

engages in such conduct. Ex. B, ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and

hold Amazon harmless against any claims or losses arising from the seller's "actual or alleged

infringement of any Intellectual Property Rights." *Id.* ¶ 6.1.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 10

37.      Additionally, the BSA incorporates, and sellers therefore agree to be bound by Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit C**. The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon Store:

- The sale of counterfeit products is strictly prohibited.

- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured[.]

- You must provide records about the authenticity of your products if Amazon requests that documentation[.]

Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

*Id.*

38.      Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in the Amazon Store, and describes the consequences of selling inauthentic products:

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:

  o Bootlegs, fakes, or pirated copies of products or content

  o Products that have been illegally replicated, reproduced, or manufactured

  o Products that infringe another party's intellectual property rights

- Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.

- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.

- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

reaching our customers. As a result of our detection and enforcement activities, Amazon may:

○ Remove suspect listings.

○ Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.

• Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

*Id.*

39.     Additionally, under the BSA, sellers agree that the information and documentation they provide to Amazon in connection with their selling accounts—such as identification, contact, and banking information—will, at all times, be valid, truthful, accurate, and complete. Specifically, the BSA requires that:

• As part of the application [process], you must provide us with your (or your business') legal name, address, phone number and e-mail address, as well as any other information we may request. Ex. B. ¶ 1.

• You will use only a name you are authorized to use in connection with a[ny Amazon] Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. *Id.* ¶ 2.

• Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and authority to enter this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided or made available by one party to another party or its Affiliates is at all times accurate and complete[.] *Id.* ¶ 5.

40.     When Defendants registered as third-party sellers in the Amazon Store, and established their Selling Accounts, they agreed not to advertise, market, offer, distribute, or sell

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

counterfeit products, and agreed to provide Amazon with accurate and complete information and to ensure that information remained accurate and complete.

41.    Defendants also agreed to reimburse Amazon for any amounts that Amazon was forced to refund to customers who purchased products from Defendants. The BSA provides:

- You will defend, indemnify, and hold harmless Amazon … against any … loss, damage, settlement cost, expense, or other liability … arising from or related to … Your Products, including the … refund … thereof[.] *Id.* § 6.1.

- If we determine that your actions or performance may result in returns, chargebacks, claims, disputes, violations of our terms or policies, violations of law or other risks to Amazon or third parties, then we may in our sole discretion withhold any payments to you for as long as we determine any related risks to Amazon or third parties persist. For any amounts that we determine you owe us, we may … collect payment or reimbursement from you by any other lawful means. *Id.* § 2.

**D.    Defendants' Sale of Counterfeit CeraVe-branded Products.**

42.    On information and belief, Defendants advertised, marketed, offered, distributed, and sold counterfeit CeraVe-branded products in the Amazon Store. Certain counterfeit CeraVe-branded products sold by Defendants are identified and described in Attachment 1.

43.    L'Oréal has conducted multiple test purchases and reviewed physical samples of CeraVe-branded products sold by Defendants' Selling Accounts. L'Oréal reported to Amazon that the products bear the L'Oréal Trademarks, that L'Oréal has never authorized the sale of such products or the use of the L'Oréal Trademarks on such products, and that the products are counterfeit, as detailed in Attachment 1.

44.    In addition, as further detailed in Attachment 1, Defendants submitted invoices to Amazon that purported to show that their counterfeit products came from a supplier of authentic products. Amazon has determined that the invoices are falsified.

**E.    Defendants' Coordinated Sale of Counterfeit CeraVe-branded Products.**

45.    On information and belief, Defendants operated in concert with one another in their advertising, marketing, offering, distributing, and selling of inauthentic CeraVe-branded products. Defendants are associated through common physical addresses, bank accounts, and/or similar falsified invoices provided to Amazon or used to access their Selling Accounts.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 13

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**F.      Amazon Shut Down Defendants' Selling Accounts.**

46.    By selling counterfeit and infringing CeraVe-branded products, Defendants falsely represented to Amazon and its customers that the products Defendants sold were genuine products made by L'Oréal. Defendants also knowingly and willfully used the L'Oréal Trademarks in connection with the advertising, marketing, offering, distributing, and selling of counterfeit and infringing CeraVe-branded products.

47.    At all times, Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in the Amazon Store, from providing inaccurate information to Amazon and its customers, from misrepresenting the authenticity of the products sold, and from misleading Amazon and its customers through their sale of inauthentic L'Oréal products. Defendants have breached the terms of their agreements with Amazon; deceived Amazon's customers and Amazon; infringed and misused the IP rights of L'Oréal; harmed the integrity of and customer trust in the Amazon Store; and tarnished Amazon's and L'Oréal's brands.

48.    After Amazon verified Defendants' sale of counterfeit CeraVe-branded products, it blocked the Selling Accounts. In doing so, Amazon exercised its rights under the BSA to protect its customers and the reputations of Amazon and L'Oréal.

49.    Pursuant to Amazon's A-to-z guarantee, Amazon also proactively issued full refunds to customers who purchased the counterfeit CeraVe-branded products from Defendants. Defendants have not reimbursed Amazon.

## V.      CLAIMS

### FIRST CLAIM
*(by L'Oréal against all Defendants)*
**Trademark Counterfeiting and Trademark Infringement – 15 U.S.C. § 1114**

50.    Plaintiff L'Oréal incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

51.    Defendants' activities constitute counterfeiting and infringement of the L'Oréal Trademarks as described in the paragraphs above.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 14

52.     L'Oréal owns the L'Oréal Trademarks and advertises, markets, offers, distributes, and sells its products using the L'Oréal Trademarks. L'Oréal uses the L'Oréal Trademarks to distinguish its products from the products and related items of others in the same or related fields.

53.     Because of L'Oréal's long, continuous, and exclusive use of the L'Oréal Trademarks, these Trademarks are understood by customers and the public to signify products from L'Oréal.

54.     Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit and infringing versions of the L'Oréal Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intended customers to believe, incorrectly, that the products originated from, were affiliated with, and/or were authorized by L'Oréal and likely caused such erroneous customer beliefs.

55.     As a result of Defendants' wrongful conduct, L'Oréal is entitled to recover its actual damages, Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, L'Oréal is entitled to statutory damages under 15 U.S.C. § 1117(c) for Defendants' use of counterfeit marks.

56.     L'Oréal is further entitled to injunctive relief, including an order impounding all counterfeit and infringing products and promotional materials in Defendants' possession. L'Oréal has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the L'Oréal Trademarks are unique and valuable properties that have no readily-determinable market value; (b) Defendants' counterfeiting and infringing activities constitute harm to L'Oréal and L'Oréal's reputation and goodwill such that L'Oréal could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the counterfeit and infringing materials; and (d) the resulting irreparable harm to L'Oréal, due to Defendants' wrongful conduct, is likely to be continuing.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1

2

## SECOND CLAIM
### (by L'Oréal and Amazon against all Defendants)
### False Designation of Origin – 15 U.S.C. § 1125(a)

3    57.    Plaintiffs incorporate by reference the allegations of the preceding paragraphs as

4 though set forth herein.

5    58.    L'Oréal owns the L'Oréal Trademarks and advertises, markets, offers, distributes,

6 and sells its products using those Trademarks and uses the Trademarks to distinguish its products

7 from the products and related items of others in the same or related fields.

8    59.    Because of L'Oréal's long, continuous, and exclusive use of the L'Oréal

9 Trademarks, the Trademarks have come to mean, and are understood by customers, users, and

10 the public, to signify products from L'Oréal.

11    60.    Amazon's reputation for trustworthiness is at the heart of its relationship with

12 customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation

13 because they undermine and jeopardize customer trust in the Amazon Store.

14    61.    Defendants unlawfully advertised, marketed, offered, distributed, and sold

15 products bearing counterfeit versions of the L'Oréal Trademarks with the intent and likelihood of

16 causing customer confusion, mistake, and deception as to the products' source, origin, and

17 authenticity. Upon information and belief, Defendants' wrongful conduct misleads and confuses

18 customers and the public as to the origin and authenticity of the goods and services advertised,

19 marketed, offered, distributed, or sold in connection with the L'Oréal Trademarks and

20 wrongfully trades upon L'Oréal's goodwill and business reputation.

21    62.    Further, Defendants deceived Amazon and its customers about the authenticity of

22 the products they were advertising, marketing, offering, distributing, and selling, in direct and

23 willful violation of the BSA and Amazon's Anti-Counterfeiting Policies. Defendants' deceptive

24 acts were material to Amazon's decision to allow Defendants to sell their products in the

25 Amazon Store because Amazon would not have allowed Defendants to do so but for their

26 deceptive acts.

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

63.     Defendants' misconduct has also caused Amazon and L'Oréal to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon, L'Oréal, and their customers.

64.     Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by L'Oréal, all in violation of 15 U.S.C. § 1125(a)(1)(A).

65.     Plaintiffs are entitled to an injunction against Defendants, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with attorneys' fees and costs in investigating and bringing this lawsuit. Defendants' acts have caused irreparable injury to Plaintiffs. On information and belief, that injury is continuing at least to the extent that Defendants continue to establish selling accounts under different or false identities. An award of monetary damages cannot fully compensate Plaintiffs for their injuries, and Plaintiffs lack an adequate remedy at law.

66.     L'Oréal is further entitled to recover Defendants' profits, L'Oréal's damages for its losses, and L'Oréal's costs to investigate and remediate Defendants' conduct and bring this action, in an amount to be determined. L'Oréal is also entitled to the trebling of any damages award as allowed by law. Amazon is also entitled to recover its damages arising from Defendants' sale of counterfeit products in the Amazon Store.

### THIRD CLAIM
*(by L'Oréal and Amazon against all Defendants)*
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

67.     Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

68.     Defendants' advertising, marketing, offering, distributing, and selling of counterfeit CeraVe-branded products constitute unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

69.     Defendants' advertising, marketing, offering, distributing, and selling of counterfeit CeraVe-branded products harm the public interest by deceiving customers about the authenticity, origins, and sponsorship of the products.

70.     Defendants' advertising, marketing, offering, distributing, and selling of counterfeit CeraVe-branded products directly and proximately causes harm to and tarnishes Plaintiffs' reputations and brands, and damages their business and property interests and rights.

71.     Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. Plaintiffs further seek to recover from Defendants their actual damages, trebled, arising from Defendants' sale of counterfeit products.

## FOURTH CLAIM
### (by Amazon.com Services LLC[1] against Defendants in Attachment 1)
**Breach of Contract**

72.     Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

73.     Defendants established Amazon Selling Accounts and entered into Amazon's BSA, a binding and enforceable contract between Defendants and Amazon. Defendants also contractually agreed to be bound by the policies incorporated by reference into the BSA, including Amazon's Anti-Counterfeiting Policy and other policies as maintained on the Amazon seller website.

74.     Amazon performed all obligations required of it under the terms of the contract with Defendants or was excused from doing so.

75.     Defendants' sale and distribution of counterfeit CeraVe-branded products materially breached the BSA and the Anti-Counterfeiting Policy in numerous ways. Among other things, Defendants' conduct constitutes infringement and misuse of the L'Oréal Trademarks.

76.     In furtherance of their sale and distribution of counterfeit CeraVe-branded products, Defendants further breached the BSA and its incorporated policies by submitting

---

[1] For the Fourth Claim only, "Amazon" shall refer to Amazon.com Services LLC only.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 18

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

falsified documents to Amazon in order to obtain approval to sell the products in the Amazon Store, and submitted falsified documents to Amazon again after their Selling Accounts were suspended in an effort to have their Accounts reinstated.

77.     Likewise, in furtherance of their counterfeiting activities, Defendants materially breached the BSA and its incorporated policies by providing Amazon with false, fraudulent, or otherwise inaccurate identification, contact, and/or banking information in connection with their Selling Accounts, and by failing to update that information such to cure its inaccuracies.

78.     Additionally, Defendants breached the BSA by failing to reimburse Amazon for the amounts it paid to refund customers who purchased counterfeit products from Defendants.

79.     Defendants' breaches have caused significant harm to Amazon, and Amazon is entitled to damages in an amount to be determined.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A.     That the Court enter an order permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them, from:

(i)     selling counterfeit or infringing products in Amazon's stores;

(ii)     selling counterfeit or infringing products to Amazon or any Amazon affiliate;

(iii)     importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of L'Oréal's brand or Trademarks, or which otherwise infringes L'Oréal's IP, in any store or in any medium; and

(iv)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iii) above;

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1      B.      That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

2      C.      That the Court enter an order pursuant to 15 U.S.C. § 1118 impounding and

3   permitting destruction of all counterfeit and infringing products bearing the L'Oréal Trademarks

4   or that otherwise infringe L'Oréal's IP, and any related materials, including business records and

5   materials used to reproduce any infringing products, in Defendants' possession or under their

6   control;

7      D.      That the Court enter an order requiring Defendants to provide Plaintiffs with a full

8   and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants'

9   unlawful activities;

10     E.      That the Court enter an order requiring Defendants to pay all general, special, and

11   actual damages which L'Oréal has sustained, or will sustain as a consequence of Defendants'

12   unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together

13   with its statutory damages, and that such damages be enhanced, doubled, or trebled as provided

14   for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law, and that Amazon's

15   damages, plus Defendants' profits, related to Defendants' activities involving the sale of

16   counterfeit products be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW

17   19.86.020, or otherwise allowed by law;

18     F.      That the Court enters an order requiring Defendants to pay the maximum amount

19   of prejudgment interest authorized by law;

20     G.      That the Court enter an order requiring Defendants to pay the costs of this action

21   and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by

22   15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

23     H.      That the Court enter an order requiring that identified financial institutions

24   restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting

25   activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment

26   in this case; and

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 20

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1        I.        That the Court grant Plaintiffs such other, further, and additional relief as the

2    Court deems just and equitable.

3

4        DATED this 10th day of November, 2025.

5                                                        DAVIS WRIGHT TREMAINE LLP
                                                         *Attorneys for Plaintiffs*
6

7                                                        */s/ Scott Commerson*
                                                         Scott Commerson, WSBA #58085
8                                                        350 South Grand Avenue, 27th Floor
                                                         Los Angeles, CA 90071-3460
9                                                        Tel: (213) 633-6800
                                                         Fax: (213) 633-6899
10                                                       Email: scottcommerson@dwt.com

11                                                       */s/ Lauren Rainwater*
                                                         Lauren Rainwater, WSBA #43625
12                                                       920 Fifth Avenue, Suite 3300
                                                         Seattle, WA 98104-1604
13                                                       Tel: (206) 622-3150
                                                         Fax: (206) 757-7700
14                                                       Email: laurenrainwater@dwt.com

15

16

17

18

19

20

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

<u>**ATTACHMENT 1**</u>

<u>**SELLING ACCOUNT 1:**</u>

Selling Account Name: Ace Plaza
Dates of Known Sales of Infringing Products: July 13, 2024 through July 25, 2024

| **Purported Product** | **Confirmation of Counterfeit** |
|---|---|
| CeraVe Anti Aging Retinol Serum For Face, Encapsulated Retinol With Hyaluronic Acid, Niacinamide & Ceramides, Smooths Wrinkles & Fine Lines, Gentle Skin Brightening Serum, Fragrance Free, 1 Oz<br><br>ASIN[1]: B07XJ7XWLW<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154<br>3,612,848 | • On or about July 8, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components.<br><br>• Amazon inspected an invoice provided in connection with the Selling Account. Amazon believes the invoice was fabricated based on several signs associated with fabricated invoices. |
| CeraVe Resurfacing Retinol Serum For Post Acne Marks, Formulated With Licorice Root Extract & Niacinamide, Brightening Serum & Pore Minimizer For Face, Post Acne Skin Barrier Repair, Non-Comedogenic<br><br>ASIN: B07VWSN95S<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154<br>3,612,848 | • On or about July 22, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components.<br><br>• In addition, on or about July 22, 2024, L'Oréal conducted a test purchase of the listed product sold by the Selling Account.<br><br>• L'Oréal received and inspected the test-purchased product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |

---

[1] "ASIN" is an abbreviation of "Amazon Standard Identification Number," which is a unique series of 10 alphanumeric characters that is assigned to each product listed for sale in Amazon's stores for identification purposes.

| Purported Product | Confirmation of Counterfeit |
|---|---|
| CeraVe Acne Treatment Bundle - Contains CeraVe Resurfacing Retinol Serum (1 fl oz) & CeraVe Acne Control Gel (1.35 fl oz) - With 3 Essential Ceramides, 2 Piece Set, 2.35 Fl Oz<br><br>ASIN: B0B3BYGKGK<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154<br>3,612,848 | • On or about July 10, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| CeraVe AM Facial Moisturizing Lotion with SPF 30, Oil-Free Face Moisturizer with SPF, Formulated with Hyaluronic Acid, Niacinamide & Ceramides, Non-Comedogenic, Broad Spectrum Sunscreen, 3 Ounce<br><br>ASIN: B00F97FHAW<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 18, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components.<br><br>• In addition, on or about June 10, 2024, L'Oréal conducted test purchase of the listed product sold by the Selling Account.<br><br>• L'Oréal received and inspected the test-purchased product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |

| Purported Product | Confirmation of Counterfeit |
|---|---|
| CeraVe PM Facial Moisturizing Lotion, Night Cream with Hyaluronic Acid and Niacinamide, Ultra-Lightweight, Oil-Free Moisturizer for Face, 3 Ounce<br><br>ASIN: B00365DABC<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 8, 9, and 21, 2025, Amazon sent to L'Oréal samples of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample products and confirmed that they are counterfeit based on deviations from L'Oréal's authentic product components.<br><br>• In addition, on or about July 19, 2024, L'Oréal conducted test purchase of the listed product sold by the Selling Account.<br><br>• L'Oréal received and inspected the test-purchased product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| Facial Moisturizing Lotion PM - Normal To Dry Skin CeraVe Lotion Unisex 3 oz (Pack of 2)<br><br>ASIN: B075FYFCVH<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 12, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| CeraVe Facial Moisturizing Lotion 3oz. AM/PM Bundle<br><br>ASIN: B081HG27R9<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 8, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |

**SELLING ACCOUNT 2:**

Selling Account Name: Avon Pharmacy
Dates of Known Sales of Infringing Products: November 30, 2023 through June 28, 2024

| Purported Product | Confirmation of Counterfeit |
|---|---|
| CeraVe Anti Aging Retinol Serum For Face, Encapsulated Retinol With Hyaluronic Acid, Niacinamide & Ceramides, Smooths Wrinkles & Fine Lines, Gentle Skin Brightening Serum, Fragrance Free, 1 Oz<br><br>ASIN: B07XJ7XWLW<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 10, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components.<br><br>• Amazon inspected invoices provided in connection with the Selling Account. Amazon confirmed the invoices were fabricated based on deviations from authentic invoices and Amazon confirmed the invoices were not issued by the purported distributor and did not appear in the distributor's invoice database.<br><br>• In addition, on or about June 12, 2024, L'Oréal conducted a test purchase of the listed product sold by the Selling Account.<br><br>• L'Oréal received and inspected the test-purchased product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| CeraVe Day & Night Face Lotion Skin Care Set | Contains AM with SPF 30 and PM Face Moisturizer | Fragrance Free<br><br>ASIN: B004TS06HG<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 8, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| CeraVe Resurfacing Retinol Serum For Post Acne Marks, Formulated With Licorice Root Extract & Niacinamide, Brightening Serum & Pore Minimizer For Face, Post | • In addition, on or about June 4, 2024, L'Oréal conducted a test purchase of the listed product sold by the Selling Account. |

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Acne Skin Barrier Repair, Non-Comedogenic<br><br>ASIN: B07VWSN95S<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154<br>3,612,848 | • L'Oréal received and inspected the test-purchased product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |

**SELLING ACCOUNT 3:**

Selling Account Name: Thee Mall
Dates of Known Sales of Infringing Products: February 7, 2020 through June 30, 2024

| Purported Product | Confirmation of Counterfeit |
|---|---|
| CeraVe Anti Aging Retinol Serum For Face, Encapsulated Retinol With Hyaluronic Acid, Niacinamide & Ceramides, Smooths Wrinkles & Fine Lines, Gentle Skin Brightening Serum, Fragrance Free, 1 Oz<br><br>ASIN: B07XJ7XWLW<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154<br>3,612,848 | • On or about July 15, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components.<br><br>• Amazon inspected invoices provided in connection with the Selling Account. Amazon confirmed the invoices were fabricated based on deviations from authentic invoices and because Amazon confirmed the invoices were not issued by the purported distributor and did not appear in the distributor's invoice database.<br><br>• In addition, on or about June 10, 2024, L'Oréal conducted test purchases of the listed product sold by the Selling Account.<br><br>• L'Oréal received and inspected the test-purchased products and confirmed that they are counterfeit based on deviations from L'Oréal's authentic product components. |

| Purported Product | Confirmation of Counterfeit |
|---|---|
| CeraVe Resurfacing Retinol Serum 2 Pack, 1 Oz each<br><br>ASIN: B09DLW6DXJ<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154<br>3,612,848 | • On or about July 21, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| CeraVe Resurfacing Retinol Serum For Post Acne Marks, Formulated With Licorice Root Extract & Niacinamide, Brightening Serum & Pore Minimizer For Face, Post Acne Skin Barrier Repair, Non-Comedogenic<br><br>ASIN: B07VWSN95S<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154<br>3,612,848 | • On or about July 12, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| AM Facial Moisturizing Lotion with Sunscreen<br><br>ASIN: B003WN1ELQ<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 18, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| Cerave Facial Moisturizing Lotion Am Spf#30 3 Ounce (89ml) (2 Pack)<br><br>ASIN: B07RWNPWW7<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 21, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |

| Purported Product | Confirmation of Counterfeit |
|---|---|
| CeraVe PM Facial Moisturizing Lotion, Night Cream with Hyaluronic Acid and Niacinamide, Ultra-Lightweight, Oil-Free Moisturizer for Face, 3 Ounce<br><br>ASIN: B00365DABC<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 8, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components.<br><br>• In addition, on or about June 21, 2024, L'Oréal conducted a test purchase of the listed product sold by the Selling Account.<br><br>• L'Oréal received and inspected the test-purchased product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| CeraVe Day & Night Face Lotion Skin Care Set \| Contains AM with SPF 30 and PM Face Moisturizer \| Fragrance Free<br><br>ASIN: B004TS06HG<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 8, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| CeraVe Moisturizing Facial Lotion PM, 3 Oz. - Pack of 3<br><br>ASIN: B073J5LQRW<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 12, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| Facial Moisturizing Lotion PM - Normal To Dry Skin CeraVe Lotion Unisex 3 oz (Pack of 2)<br><br>ASIN: B075FYFCVH<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 20, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |

| Purported Product | Confirmation of Counterfeit |
|---|---|
| CeraVe Facial Moisturizing Lotion PM \| 3 Ounce (Pack of 2) \| Ultra Lightweight, Night Face Moisturizer \| Fragrance Free<br><br>ASIN: B079H99466<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 8, 9, and 11, 2025, Amazon sent to L'Oréal samples of the products offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample products and confirmed that they are counterfeit based on deviations from L'Oréal's authentic product components. |
| CeraVe Facial Moisturizing Lotion 3oz. AM/PM Bundle<br><br>ASIN: B081HG27R9<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about July 8, 2025, Amazon sent to L'Oréal a sample of the product offered for sale by the Selling Account.<br><br>• L'Oréal received and inspected the sample product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |
| CeraVe AM Facial Moisturizing Lotion with SPF 30, Oil-Free Face Moisturizer with SPF, Formulated with Hyaluronic Acid, Niacinamide & Ceramides, Non-Comedogenic, Broad Spectrum Sunscreen, 3 Ounce<br><br>ASIN: B00F97FHAW<br><br>Infringed Registrations:<br><br>3,234,519<br>7,316,154 | • On or about June 21, 2024, L'Oréal conducted test purchase of the listed product sold by the Selling Account.<br><br>• L'Oréal received and inspected the test-purchased product and confirmed that it is counterfeit based on deviations from L'Oréal's authentic product components. |