Re: Lawsuit # 2:25-cv-02233-RSL

To the Washington Court Clerk

My name is Chaya Einhorn. I am a mother of 6 and have worked in the special education field for the last 15 years. I am writing to you regarding a recent lawsuit I received from Amazon. I have never been involved in or owned a business. I'm requesting that my name please be removed from this lawsuit.

Feel free to call me with any further questions

Thank You so much

347-432-7503

Chaya Einhorn
1752 43rd Street
Brooklyn NY 11219

FILED
LODGED
RECEIVED

MAIL

DEC 16 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CERTIFIED MAIL
9589 0710 5270 3330 6949 75

US POSTAGE IMI
FIRST-CLASS
063S0001442167
FROM 11219
$6.040

U.S. District Court Western district of Washington
1000 Stewart Street
Seattle Washington 98101

98101-29500