The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and L'ORÉAL USA S/D, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PRIME BUYERS CLUB LLC, a New York limited liability company; TZVI HESCHEL, a/k/a TZVI BALSAM, an individual; SIMCHA BUNIM HESCHEL, an individual; PHOTO, ELECTRONICS AND MORE INC., a New York corporation; CHAYA FRADEL MANDELL, a/k/a CHAYA FRADEL EINHORN and CHAYA BALSAM, an individual; LALI SARA DATS, an individual; ZEVETY CASH GOALS INC., a New York corporation; ZEV FRIEDMAN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:25-cv-02233-RSL<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT PRIME BUYERS CLUB LLC** |

THIS MATTER came before the Court on plaintiffs' *Ex Parte* Motion for Alternative Service on defendant Prime Buyers Club LLC (the "Motion") brought by plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and L'Oréal USA S/D, Inc. (collectively, "plaintiffs"). The Court, having considered plaintiffs' Motion and finding good cause, hereby

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 1
(2:25-cv-02233-RSL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

ORDERS:

1.   Plaintiffs' Motion is GRANTED.

2.   Plaintiffs are authorized to serve defendant Prime Buyers Club LLC via the email address primebuyersclub@gmail.com.

SO ORDERED this 17th day of June, 2026.

_Mr S Lasnik_
Robert S. Lasnik
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 2
(2:25-cv-02233-RSL)